IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO LASHUN JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>ALAMEDA COUNT, ALAMEDA COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>    Defendants.<br>_____/ | No. CV-05-3367 MMC (PR)<br><br>**JUDGMENT IN A CIVIL CASE** |

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** defendants' motion for summary judgment is hereby GRANTED and judgment will be entered in favor of defendants Alameda County and Alameda County Sheriff's Department.

Dated: October 1, 2007                                                                  Richard W. Wieking, Clerk

                                                                                           *Tracy Lucero*

                                                                                           By: <u>Tracy Lucero</u>
                                                                                           <u>Deputy Clerk</u>